NEW YORK DOCK COMPANY, Respondent, v. ERNEST W. BROWN, INC., Appellant. — Order denying defendant's motion for judgment dismissing the amended complaint for insufficiency unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service

of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.